**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

Travell L. Hill, Respondent-Petitioner,

v.

State of South Carolina, Petitioner-Respondent.

Appellate Case No. 2015-001459

---

**ON WRIT OF CERTIORARI**

---

Appeal from Greenville County
Daniel Dewitt Hall, Circuit Court Judge

---

Memorandum Opinion No. 2018-MO-036
Submitted October 17, 2018 – Filed October 24, 2018

---

**CERTIORARI DISMISSED AS IMPROVIDENTLY GRANTED**

---

C. Rauch Wise, of Greenwood, for Respondent/Petitioner.

Attorney General Alan McCrory Wilson, and Assistant Attorney General DeShawn Mitchell, both of Columbia, for Petitioner/Respondent.

---

**PER CURIAM:** We issued writs of certiorari to review the post-conviction relief (PCR) court's grant of Travell Hill's application for PCR. We now dismiss the writs as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**BEATTY, C.J., KITTREDGE, HEARN, FEW and JAMES, JJ., concur.**